

U. S. Department of Justice

**George E. B. Holding**
*United States Attorney*
*Eastern District of North Carolina*

215 South Evans Street          Telephone 252/830-0335
Suite 206 U.S. Courthouse Annex    FAX     252/830-1132
Greenville, North Carolina 27858   www.usdoj.gov/usao/nce

M E M O R A N D U M

DATE:    May 12, 2010

REPLY TO    GEORGE E.B. HOLDING, United States Attorney
ATTN OF:    W. GLENN PERRY, Special Assistant U.S. Attorney
SUBJECT:    United States v. CODY HARRIS, a/k/a "Uptown"
            NICHOLAS SCOTT HARRIS

No. 4:10-CR-42-1F(1) - EASTERN Division
No. 4:10-CR-42-2F(1) - EASTERN Division

TO:    Dennis Iavarone, Clerk
       United States District Court
       Raleigh, N.C.

Please issue a warrant for the arrest of the above-named defendants, and place same, together with a certified copy of the Indictment, in the hands of the U.S. Marshal for service. Also, please return a certified copy of the Indictment to this office.

Detention is recommended. The warrants should be returnable before the U.S. Magistrate Judge.