UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:10-CR-00042-F
No. 4:11-CV-00191-F

| | |
|---|---|
| CODY HARRIS,<br>　　　　Petitioner,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br>　　　　Respondent. | )<br>)<br>)<br>)　　O R D E R<br>)<br>)<br>) |

Having conducted an examination of petitioner's motion [DE-40] pursuant to Rule 4(b) of the Rules Governing § 2255 Proceedings, and it appearing that dismissal is not warranted at this time, the United States Attorney is DIRECTED to file an Answer pursuant to Rule 5, Rules Governing § 2255 Proceedings, or to make such other response as appropriate to the above-captioned § 2255 Motion to Vacate, Set Aside or Correct Sentence, within **forty (40)** days of the filing of this order.

The court notes that the petition was filed by appointed counsel pursuant to Standing Order No.11-SO-3 (E.D.N.C. Oct. 18, 2011), because the petitioner has raised challenges based on the recent decision of **United States v. Simmons**, 649 F.3d 237 (4th Cir. 2011).

SO ORDERED.

This, the 10th day of November, 2011.

　　　　　　　　　　　　　　　　　　　　　　James C. Fox
　　　　　　　　　　　　　　　　　　　　　　JAMES C. FOX
　　　　　　　　　　　　　　　　　　　　　　Senior United States District Judge